IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                      ) | |
|                    Plaintiff,        ) | |
|                                      ) | CRIMINAL NO. 3: 17-cr-30020-DRH |
|       vs.                            ) | |
|                                      ) | |
| JOHN WEIS,                           ) | |
|                                      ) | |
|                    Defendant.        ) | |

## STIPULATION OF FACTS

The United States of America, by and through Donald S. Boyce, United States Attorney for the Southern District of Illinois, and Monica A. Stump, Assistant United States Attorney, together with John Weis (Weis) and his counsel, Justin Kuehn, Esq., agree and stipulate to the following Stipulation of Facts:

1. On or about August 17, 2014, codefendant Mauricio Antonio Romero and Ronald Taylor traveled in a car to John Weis' Auto Body Shop on Route 13 in Belleville, St. Clair County, Illinois for the purpose of distributing cocaine to Weis and Gary Wilburn.

2. Romero removed a kilogram of cocaine from the car and presented it to Gary Wilburn and Weis for their approval. The kilogram was opened and sampled in Weis' presence, and Wilburn and Weis began negotiating the price of the cocaine per kilogram. No agreement on price was reached. Romero repackaged the cocaine, put it back in the car, and he and Taylor left.

3. Weis participated in the negotiations with the intent of distributing the cocaine to another person.

4. St. Clair County is located within the Southern District of Illinois.

5. Weis believed that the substance brought to his business on August 17, 2014, was cocaine, a Schedule II Controlled Substance.

6. Weis stipulates that the facts set forth in this Stipulation of Facts prove beyond a reasonable doubt Count 1 (Attempted Possession with Intent to Distribute a Controlled Substance) of the Information.

7. Weis stipulates that venue is proper in the Southern District of Illinois.

**SO STIPULATED:**

_____
JOHN WEIS
Defendant

_____
JUSTIN KUEHN, Esq.
Attorney for Romero

Date: __2/21/17__

DONALD S. BOYCE
United States Attorney

_____
MONICA A. STUMP
Assistant United States Attorney

Date: __2/22/17__

2